IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV455-MOC-DCK

| | |
|---|---|
| TRANE U.S. INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| INNOVATIVE CONVEYANCE ) | |
| SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Steven A. Bimbo, concerning William J. Shaughnessy, on January 6, 2023. William J. Shaughnessy seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. William J. Shaughnessy is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 6, 2023

David C. Keesler
United States Magistrate Judge